## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERCA | * |
| | * |
| v. | *   MAG. NO. 19-9252 |
| | * |
| MICHELLE S. THOMPSON | * |
| | * |
| | ***** |

### ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING
### FOR MISDEMEANOR PLEAS AND/OR SENTENCINGS

In accordance with Fed. R. Crim. P. 43(b)(2) and Standing Order 2020-06, this Court finds:

[X]   That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

[X]   That the proceeding(s) to be held today cannot be further delayed without serious harm

to the interests of justice, for the following specific reasons:
   1. COVID pandemic, 2. Inability to conduct in-person hearing for indefinite period, and
   3. Consent of defendant.

Accordingly, the proceeding(s) held on this date may be conducted by:

[X]   Video Teleconferencing

[ ]   Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

   [ ]   The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

   [ ]   Other:


Date: 8/20/20

_____
Honorable Anthony R. Mautone
United States Magistrate Judge